**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1864**

───────────

JAMES AUSTIN,

Plaintiff - Appellant,

versus

RICHARD FOSTER; JOHN KELLY; ROCKY HAYNES,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Joseph F. Anderson, Jr., Chief District Judge. (CA-98-3811-0-17)

───────────

Submitted: January 23, 2001          Decided: February 15, 2001

───────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

J. Dennis Bolt, BOLT LAW FIRM, Columbia, South Carolina, for Appellant. J. Rene Josey, United States Attorney, Barbara M. Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Austin appeals the district court's orders dismissing his <u>Bivens</u>[*] action based upon his treatment as an employee of the United States Postal Service and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Austin v. Foster</u>, No. CA-98-3811-0-17 (D.S.C. May 19 & June 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).